Matter of King (2023 NY Slip Op 04206)

Matter of King

2023 NY Slip Op 04206

Decided on August 9, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 9, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

HECTOR D. LASALLE, P.J.
MARK C. DILLON
COLLEEN D. DUFFY
BETSY BARROS
FRANCESCA E. CONNOLLY, JJ.

2019-09136

[*1]In the Matter of Paul R. King, a suspended attorney. Grievance Committee for the Tenth Judicial District, petitioner; Paul R. King, respondent. (Attorney Registration No. 4452421)

DECISION & ORDER
Motion by Paul R. King for reinstatement to the Bar as an attorney and counselor-at-law. King was admitted to the Bar at a term of the Appellate Division of the Supreme Court in the First Judicial Department on November 20, 2006. By opinion and order of this Court dated August 18, 2021, King was suspended from the practice of law for a period of one year, effective September 17, 2021 (Matter of King, 198 AD3d 107).
Upon the papers filed in support of the motion and the papers filed in relation thereto, it is
ORDERED that the motion is granted on condition that on or before October 10, 2023, Paul R. King, file with the Clerk of the Court proof of payment of attorney registration fees for the current registration period; and it is further,
ORDERED that upon receipt of proof of payment of attorney registration fees, as directed above, the Clerk of the Court shall restore the name of Paul R. King, to the roll of attorneys and counselors-at-law, and Paul R. King shall be reinstated as an attorney and counselor-at-law.
LASALLE, P.J., DILLON, DUFFY, BARROS and CONNOLLY, JJ., concur.
ENTER: Darrell M. Joseph Acting Clerk of the Court